**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Congoleum Corporation** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **02-0398678** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3500 Quakerbridge Road**<br>**Mercerville, NJ 08619**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Mercer**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://www.congoleum.com/**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Congoleum Corporation** | Case number (*if known*) | |
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3252

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| Debtor | **Congoleum Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    . *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Congoleum Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/13/2020
                MM / DD / YYYY

X _~signature~_                                                        Christopher O'Connor
Signature of authorized representative of debtor                       Printed name

Title    **Chief Executive Officer/President**

---

**18. Signature of attorney**

X */s/ Warren A. Usatine*                                    Date    **07/13/2020**
Signature of attorney for debtor                                      MM / DD / YYYY

**Warren A. Usatine**
Printed name

**Cole Schotz P.C.**
Firm name

**Court Plaza North**
**25 Main Street**
**Hackensack, NJ 07601**
Number, Street, City, State & ZIP Code

Contact phone    **201-489-3000**    Email address    **wusatine@coleschotz.com**

**WU-1187 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Congoleum Corporation**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐     *Schedule H: Codebtors* (Official Form 206H)
☐     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐     Amended *Schedule* _____
■     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/13/2020              x    *Chris O'Connor*
                                        Signature of individual signing on behalf of debtor

                                        **Christopher O'Connor**
                                        Printed name

                                        **Chief Executive Officer/President**
                                        Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name **Congoleum Corporation** |
| United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY** |
| Case number (if known): |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quaint Oak Bank 501 Knowles Avenue Southampton, PA 18966** | **William D. Twigg wtwigg@quaint oak.com Facsimile # 215-364-4650 Telephone # 215-364-4059** | **Unsecured SBA PPP Loan** | **Contingent** | | | **$5,734,598.79** |
| **Hong Kong Jufeng Investment Co., Ltd 01-5, KCN Quang Chau, Chau Village 26000** | **Bill Wang bill@tzbamboo. com Facsimile # 86 572-5043685 Telephone # +86-137-54234585** | **Vendor** | | | | **$929,297.20** |
| **MJ International No 126 Ta-Nuan Raod 236 Taipei Hsien TW** | **Shaq Chao shaq.chao@ mjig.com Facsimile # 886-2-2268-4667 Telephone # +886-2-2268-4666 Ext. 7122** | **Vendor** | | | | **$496,850.49** |
| **Gibbons P.C. One Gateway Center Newark, NJ 07102** | **Kevin W. Weber kweber@gibbons law.com Facsimile # 973-639-8372 Telephone # 973-596-4895** | **Legal Fees** | **Unliquidated** | | | **$432,683.42** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Congoleum Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Compass Display & Promotion Company 1659 Calhoun Street Warehouse 590 Trenton, NJ 08638** | **Jeff Carugati jcarugati@ compass displayinc.com Facsimile # 609-695-9877 Telephone # 609-731-3516** | **Vendor** | | | | **$381,217.90** |
| **Eastman Chemical Financial Corp P.O. Box 785157 Philadelphia, PA 51578-5157** | **John Mann johnmann@ eastman.com Facsimile # 423-224-0648 Telephone # 610-409-2795** | **Vendor** | | | | **$353,825.35** |
| **3M Company P.O. Box 33133 Saint Paul, MN 55133-3133** | **Carrie L. Pettit clpettit@mmm.com Telephone # 651-733-3409** | **Vendor/Licensor** | | | | **$259,369.01** |
| **Mexichem Specialty Resisns 26871 Network Place Chicago, IL 60673-1268** | **Cindy Zambrano cindy.zambrano@ vestolit.com Telephone # 302-584-0561** | **Vendor** | | | | **$252,168.40** |
| **3500 Quakerbridge, LLC c/o The Fruscione Co. MA LLC P.O. Box 3245 Hamilton, NJ 08619** | **The Fruscione Co. MA LLC Joseph E. Fruscione Facsimile # 609-586-3324 Telephone # 609-586-2000** | **Landlord** | | | | **$247,400.28** |
| **Isorca, Inc 1226 Weaver Drive Granville, OH 43023** | **Kim Householder Kim Householder@ sbcglobal.net Telehone # 614-883-1171** | **Vendor** | | | | **$185,868.88** |
| **All Tile Inc 27667 Network Place Chicago, IL 60673-1276** | **Judy Fruth judyf@alltileccs. com Facsmile # 888-566-1341 Telephone #847-258-1626** | **Vendor** | **Contingent** | | | **$171,746.42** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

Debtor    **Congoleum Corporation**                                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Penn Color, Inc. P.O. Box 783555 Philadelphia, PA 19178-3555** | **Steve McEntee smcentee@ penncolor.com Facsimile # 215-345-9123 Telephone # 215-262-9753** | **Vendor** | | | | **$162,147.00** |
| **Compass Retail Display Group 9250 Ashton Rd Philadelphia, PA 19114** | **Nick Treantafelo nick@compass displayinc.com Telephone # 267-981-2839** | **Vendor** | | | | **$159,332.50** |
| **Kleiberit Adhesives USA, Inc P.O. Bocx 01319 Waxhaw, NC 28173** | **Camille R. Dean camille.dean@ kleiberit.com Facsimile #704-843-4930 Telephone # 704-243-9780** | **Vendor** | | | | **$156,026.25** |
| **Trinseo LLC 16280 Collections Center Drive Chicago, IL 60693** | **Brent Horne BSHorne@ trinseo.com Telephone # 919-760-5339** | **Vendor** | | | | **$151,596.45** |
| **SS Floor Co., Limited Tangqiao Yaoguan Wujin Chagzhou, Jiangsu P.R. of China China** | **Joy Shen joyshen@ss-floor. com Facsimile # 86-51988707400 Telephone # +86-519-88709899 Ext. 8801** | **Vendor** | | | | **$149,946.03** |
| **Berry Specialty Tapes LLC 1852 Old Country Road Riverhead, NY 11901** | **Natalie Reising nataliereising@ berryglobal.com Facsimile # 812-492-1023 Telephone # 812-306-2807 Ext. 11807** | **Vendor** | | | | **$138,545.28** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Congoleum Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Independence Blue Cross** Lockbox #3092 P.O. Box 8500 Philadelphia, PA 19178 | **Ryan J. Curran** Ryan.Curran@ ibx.com Facsmile # 610-238-6537 Telephone # 610-238-6582 | **Benefit Insurance** | | | | $137,655.60 |
| **Framerica Corporation** 2 Todd Court Yaphank, NY 11980 | **Catherine Michel** catherine@ framerica.com Facsimile # 631-244-7607 Telephone # 631-650-1000 Ext. 170 | **Vendor** | | | | $129,623.85 |
| **Pension Benefit Guaranty Corp.** P.O. Box 15170 Alexandria, VA 22315-1750 | Facsimile # 202-229-4047 Telephone # 1-800-400-7242 202-229-4047 | **Underfunded Pension Liability** | **Contingent Unliquidated** | | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    **Congoleum Corporation**                              Case No.
                                  Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ...........................................   $    **223,240.03 Retainer**

      Prior to the filing of this statement I have received ........................   $    **401,759.97**

      Balance Due .......................................................................................   $    **0.00**

2.    $ __**1,717.00**__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ☑ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

      ☑ Debtor      ☐ Other (specify):

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.   [Other provisions as needed]
         **See retention papers.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **None**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__July 13 , 2020__                           /s/ Warren A. Usatine
*Date*                                          **Warren A. Usatine**
                                                *Signature of Attorney*
                                                **Cole Schotz P.C.**
                                                  **Court Plaza North**
                                                  **25 Main Street**
                                                  **Hackensack, NJ 07601**
                                                  **201-489-3000  Fax: 201-489-1536**
                                                  **wusatine@coleschotz.com**
                                                  *Name of law firm*

# United States Bankruptcy Court
### District of New Jersey

In re    **Congoleum Corporation**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aizhu Zhang**<br>**7 Old Minisink Trail**<br>**Goshen, NY 10924** | | | **0.27%** |
| **Congoleum Plan Trust**<br>**c/o Sander L. Esserman**<br>**Stutzman  Bromberg Essermand**<br>**2323 Bryan St., Suite 2200**<br>**Dallas, TX 75201** | | | **16.38%** |
| **Credit Suisse Securities (USA) LLC**<br>**11 Madison Avenue**<br>**5th Floor**<br>**New York, NY 10010** | | | **0.51%** |
| **David H. Wice**<br>**1901 Walnut Street 1201**<br>**Philadelphia, PA 19103-4640** | | | **0.01%** |
| **David S. Loeb, Jr.**<br>**701 Talamore Drive**<br>**Ambler, PA 19002-1870** | | | **0.08%** |
| **DELTEC Special Situations Partners LP**<br>**623 5th Avenue**<br>**28th Floor**<br>**New York, NY 10022** | | | **2.03%** |
| **Frank D,. Purdy**<br>**225 E. Dowling Road**<br>**Dowling, MI 49050-9771** | | | **0.03%** |
| **Gleacher & Co, Securities**<br>**103 Eisenhower Parkway**<br>**Roseland, NJ 07068** | | | **0.0002%** |
| **GSAM Advisors LLD TR IBS**<br>**Liquidation Trust in Respect of Class A**<br>**601 Avenue of Americas**<br>**New York, NY 10019** | | | **0.08%** |
| **Judith L. Felix, Custodian of**<br>**Theodore F. Felix**<br>**701 Talamore Drive**<br>**Ambler, PA 19002** | | | **0.03%** |

In re:  **Congoleum Corporation**                                        Case No. _____
                                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Liquidity Solutions, Inc.**<br>**One University Plaza**<br>**Hackensack, NJ 07601** | | | **1.01%** |
| **Marie A. and Kenneth Arobone**<br>**3032 Green Ridge Drive**<br>**Norristown, PA 19403** | | | **0.01%** |
| **Mary F. Gerow**<br>**85 Prospect Avenue**<br>**Middletown, NY 10940-4031** | | | **0.01%** |
| **Mary L. Savaglio**<br>**4 Oak Street**<br>**Chester, NY 10918-1309** | | | **0.03%** |
| **Mass Mutual Life Ins. Co.**<br>**c/o Babson Capital Management**<br>**201 S. College Street**<br>**Suite 2400**<br>**Charlotte, NC 28244** | | | **0.26%** |
| **Mitchell L. Heffernan**<br>**133 Mitchell Hill Road**<br>**Old Lyme, CT 06371-3021** | | | **0.10%** |
| **Paul Frontier Holdings LP**<br>**555 Madison Avenue**<br>**Suite 11A**<br>**New York, NY 10022** | | | **28.64%** |
| **Riva Ridge Master Fund Ltd.**<br>**c/o Riva Ridge Capital Management LP**<br>**55 Fifth Avenue**<br>**18th Floor**<br>**New York, NY 10003** | | | **0.01%** |
| **Ronald Frumkes**<br>**5 Reservoir Road**<br>**South Salem, NY 10590** | | | **0.01%** |
| **Ruth N. Duttweiler**<br>**35755 Detroit Road**<br>**Room 112**<br>**Avon, OH 44011-1696** | | | **0.03%** |

In re:  **Congoleum Corporation**
                                                                      Case No. _____
                              _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Simplon International Ltd.**<br>**630 Fifth Avenue**<br>**Suite 2109**<br>**New York, NY 10111** | | | **50.27%** |
| **Stifel Nicolaus**<br>**C/F C. Lee Gerow IRA**<br>**501 N. Broadway**<br>**Saint Louis, MO 63102** | | | **0.02%** |
| **Stifel Nicolaus**<br>**C/F Catherine Mead IRA**<br>**501 N. Broadway**<br>**Saint Louis, MO 63102** | | | **0.03%** |
| **Stifel Nicolaus**<br>**C/F Marie E. Cleary-Petillo**<br>**501 N.  Broadway**<br>**Saint Louis, MO 63102** | | | **0.02%** |
| **Susan L. Moore, Custodian of**<br>**Stephanie D. Moore**<br>**1748 Vestwood Hills Drive**<br>**Birmingham, AL 35216** | | | **0.01%** |
| **UBS Alternative & Quantitative**<br>**Investments LLC**<br>**1 N. Wacker, 32nd Floor**<br>**Chicago, IL 60606** | | | **0.10%** |
| **UBS Alternative & Quantitative**<br>**Investments LLC**<br>**1 N. Wacker, 32nd Floor**<br>**Chicago, IL 60606** | | | **0.06%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the **Chief Executive Officer/President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  _7/13/2020_____          Signature  _____
                                                             **Christopher O'Connor**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 3 total page(s)

# United States Bankruptcy Court
## District of New Jersey

In re   **Congoleum Corporation** _____        Case No. _____
                                        Debtor(s)        Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Congoleum Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Congoleum Plan Trust**
**c/o Sander L. Esserman**
**Stutzman  Bromberg Essermand**
**2323 Bryan St., Suite 2200**
**Dallas, TX 75201**

**Paul Frontier Holdings LP**
**555 Madison Avenue**
**Suite 11A**
**New York, NY 10022**

**Simplon International Ltd.**
**630 Fifth Avenue**
**Suite 2109**
**New York, NY 10111**

☐ None [*Check if applicable*]

**July 13, 2020** _____        */s/ Warren A. Usatine* _____
Date                                        **Warren A. Usatine**
                                        Signature of Attorney or Litigant
                                        Counsel for   **Congoleum Corporation** _____
                                        **Cole Schotz P.C.**
                                        **Court Plaza North**
                                        **25 Main Street**
                                        **Hackensack, NJ 07601**
                                        **201-489-3000 Fax:201-489-1536**
                                        **wusatine@coleschotz.com**

## CONGOLEUM CORPORATION

### (Chapter 11 Bankruptcy Petition)

---

### WRITTEN CONSENT OF
### THE BOARD OF DIRECTORS

---

The undersigned, being the members of the Board of Directors (the "<u>Board</u>") of CONGOLEUM CORPORATION, a Delaware corporation (the "<u>Company</u>"), do hereby consent to and adopt the following resolutions as of July 12, 2020:

**WHEREAS**, in light of the Company's current financial condition, the Board has investigated, discussed and considered options for addressing the Company's financial challenges and, in order to maximize value for the Company's stakeholders, has concluded that it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**NOW THEREFORE**, be it

**RESOLVED**, that in the judgment of the Board, and in order to maximize value for the Company's stakeholders, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company in the United States Bankruptcy Court for the District of New Jersey ("<u>Bankruptcy Court</u>") seeking relief under the Bankruptcy Code; and it is further

**RESOLVED**, that Christopher O'Connor in his capacity as the President and Chief Executive Officer of the Company (the "<u>Authorized Officer</u>"), be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute, verify and file in Bankruptcy Court all petitions, schedules, lists and other papers or documents, and to take and perform any and all further actions and steps that the Authorized Officer deems necessary, desirable and proper in connection with the Company's case under the Bankruptcy Code, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to retain the law firm of Cole Schotz P.C. ("<u>CS</u>") as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of CS; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to retain the services of B. Riley FBR, Inc. ("<u>B. Riley</u>") as

the Company's financial advisor and investment banker with respect to restructuring matters, and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of B. Riley; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to retain the services of Phoenix Management Services, LLC ("Phoenix") as the Company's financial advisor with respect to financial modeling in connection with the DIP Financing (as herein defined), and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Phoenix; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to (a) obtain post-petition financing from Wells Fargo Bank, National Association ("Lender") pursuant to that certain Ratification and Amendment Agreement by and between the Company and Lender ("Amendment"), which amends the Company's Existing Loan Agreement (as such term is defined in the Amendment) to provide for a roll-up debtor-in-possession credit facility with a maximum availability of up to $18,485,000, and the use of cash collateral (the "DIP Financing"); (b) provide adequate protection to Lender and incur obligations related thereto and to pledge and grant liens on the assets of the Company, as may be contemplated by or required under the terms of such DIP Financing; and (c) execute the Amendment and any appropriate cash collateral agreements, related ancillary documents, supplemental agreements, instruments, amendments, restatements, amendment and restatements, modifications, renewals, replacements, consolidations, substitutions, extensions, security agreements, pledges, guarantees, bills, notes, or certificates on behalf of the Company which shall be necessary, proper or advisable under or in connection with any of the foregoing; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case; and it is further

2

**RESOLVED**, that all action heretofore taken and all documentation heretofore delivered by the Board and/or the Authorized Officer, or any other duly authorized officer of the Company in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED**, that this Written Consent shall serve in lieu of a special meeting of the Board and the undersigned hereby waive all requirements as to notice of a meeting; and it is further

**RESOLVED**, that this Written Consent may be executed by facsimile, telecopy or other electronic means or reproduction, and such execution shall be considered valid, binding and effective for all purposes; and it is further

**RESOLVED,** that this Written Consent may be executed in any number of counterparts, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

[The remainder of this page is intentionally left blank.]

3

61003/0001-20782279v2

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of the Board of Directors of CONGOLEUM CORPORATION as of the date first set forth above.

**BOARD OF DIRECTORS:**

_____
Christopher O'Connor

_____
Thomas A. McKay

_____
Peter L. Venetis

_____
Andrew S. Lipman

_____
Arnold Spangler

4

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of the Board of Directors of CONGOLEUM CORPORATION as of the date first set forth above.

**BOARD OF DIRECTORS:**

_____
Christopher O'Connor

_____
Thomas A. McKay

_____
Peter L. Venetis

_____
Andrew S. Lipman

_____
Arnold Spangler

4

   **IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of the Board of Directors of CONGOLEUM CORPORATION as of the date first set forth above.

                                        **BOARD OF DIRECTORS:**

                                        _____
                                        Christopher O'Connor


                                        _____
                                        Thomas A. McKay

                                        _____
                                        Peter L. Venetis


                                        _____
                                        Andrew S. Lipman


                                        _____
                                        Arnold Spangler

4

61003/0001-20782279v2

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent of the Board of Directors of CONGOLEUM CORPORATION as of the date first set forth above.

**BOARD OF DIRECTORS:**

_____
Christopher O'Connor

_____
Thomas A. McKay

_____
Peter L. Venetis

_____
Andrew S. Lipman

_____
Arnold Spangler

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent of the Board of Directors of CONGOLEUM CORPORATION as of the date first set forth above.

**BOARD OF DIRECTORS:**

Christopher O'Connor

Thomas A. McKay

Peter L. Venetis

Andrew S. Lipman

Arnold Spangler

61003/0001-20782279v2