Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
One University Plaza, Suite 412
Hackensack, New Jersey 07601
Telephone: (201) 705-1470
Facsimile: (201) 705-1472

– and –

Jonathan L. Flaxer, Esq. (*pro hac vice* motion pending)
Michael S. Weinstein, Esq. (*pro hac vice* motion pending)
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0777

*Co-Counsel to Delaware Trust Company, as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CONGOLEUM CORPORATION, | Case No. 20-18488 (MBK) |
| Debtor. | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of title 11 of the United States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned cases as co-counsel to Delaware Trust Company, as indenture trustee, a creditor and party in interest herein, and hereby request that all notices and all other papers set forth in Bankruptcy Rules 2002 and 9010(b), whether sent by the Clerk of the Court, the Debtor or its successors, or any creditor, or party in interest, be given to and served upon the persons set forth below, and that such names and addresses be added to any

master mailing list:

>LAW OFFICES OF MOSHIE SOLOMON, P.C.
>One University Plaza, Suite 412
>Hackensack, NJ 07601
>Telephone: (201) 705-1470
>Facsimile:  (201) 705-1472
>Attn:  Moshie Solomon, Esq.
>Email: msolomon@moshiesolomonlaw.com

>GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
>711 Third Avenue
>New York, New York 10017
>Telephone:  (212) 907-7300
>Facsimile:  (212) 754-0330
>Attn:     Jonathan L. Flaxer, Esq.
>          Michael S. Weinstein, Esq.
>Email:    jflaxer@golenbock.com
>          mweinstein@golenbock.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices, papers and pleadings referenced in the above-referenced Bankruptcy Rules but also, without limitation, notices of orders, motions, applications, petitions, pleadings, complaints, plans, disclosure statements, hearings, requests, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these cases or the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding relating hereto; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights,

2

claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Hackensack, New Jersey
       July 15, 2020

LAW OFFICES OF MOSHIE SOLOMON, P.C.

/s/ Moshie Solomon
Moshie Solomon, Esq.
One University Plaza, Suite 412
Hackensack, New Jersey 07601
Telephone: (201) 705-1470
Facsimile:  (201) 705-1472

- and –

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
Jonathan L. Flaxer, Esq.
(*pro hac vice* motion pending)
Michael S. Weinstein, Esq.
(*pro hac vice* motion pending)
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile:  (212) 754-0777

*Co-Counsel to Delaware Trust Company, as Indenture Trustee*