| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> **WASSERMAN, JURISTA & STOLZ, P.C.** <br> 110 Allen Road, Suite 304 <br> Basking Ridge, New Jersey 07920 <br> Phone: (973) 467-2700 <br> *Local Counsel for Bath Iron Work Corporation* <br> **DANIEL M. STOLZ, ESQ.** <br> **DONALD W. CLARKE, ESQ.** <br> <br> **JENNER & BLOCK** <br> 353 N. Clark Street <br> Chicago, IL 60654-3456 <br> Phone: (312) 222-9350 <br> *Counsel for Bath Iron Work Corporation* <br> **WADE A. THOMSON, ESQ.** <br> **CATHERINE L. STEEGE, ESQ.** <br> **MICHAEL A. DOORNWEERD, ESQ.** |
| In Re: <br><br> **CONGOLEUM CORPORATION,** <br><br> Debtor. |

Chapter 11
Case No. 20-18488 (MBK)

Honorable Michael B. Kaplan

## APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D.N.J. L.Civ. R. 101.1 and D.N.J. LBR 9010-1, with the attached certification (**Exhibit "A"**), counsel moves for admission *pro hac vice* of **WADE A. THOMSON, ESQ.,** a partner in the Complex Commercial Litigation Practice with the firm Jenner & Block, 353 N. Clark Street, Chicago, IL 60654-3456, to represent creditor *Bath Iron Work Corporation* in this matter.

Respectfully submitted,

**WASSERMAN, JURISTA & STOLZ, P.C.**

By: ___/s/ Donald W. Clarke___ .
**DONALD W. CLARKE, ESQ**

Dated: July 30, 2020

# Exhibit A

The Admittee certifies that he is eligible for admission to this Court. He is admitted to practice in Illinois State Courts (2004), the US District Courts, Northern District of Illinois (2004), Western District Oklahoma (2015), Northern District of Illinois (Trial Bar) (2010), US Court of Appeals, Seventh Circuit (2004), Eleventh Circuit (2016).  Admittee is in good standing in those jurisdictions. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he has acquired a copy of the local rules of this Court and is familiar with such rules.

      /s/  Wade A. Thomson            .
**WADE A. THOMSON, ESQ.**

Dated:  July 30, 2020