| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Eitan D. Blanc, Esquire<br>**Zarwin Baum DeVito Kaplan Schaer Toddy, P.C.**<br>2005 Market Street, 16th Floor<br>Philadelphia, PA 19103<br>215-569-2800<br>edblanc@zarwin.com<br><br>*Counsel for DVL, Inc. and DVL Kearny Holdings, LLC* | **Order Filed on October 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>CONGOLEUM CORPORATION,<br><br>Debtor.1 | Chapter 11<br><br>Case No. 20-18488 (MBK)<br><br>Hearing Date: October 15, 2020 at 10:00 a.m. |

| Recommended Local Form | ☑ Followed | ☐ Modified |
|---|---|---|

**AGREED ORDER GRANTING DVL, INC. AND DVL KEARNY HOLDINGS, LLC RELIEF FROM THE ORDER (I) ESTABLISHING DEADLINGS TO FILE PROOFS OF CLAIM AGAINST THE DEBTOR INCLUDING, BUT NOT LIMITED TO, CLAIMS ARISING UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, (II) APPROVING THE FORM AND MANNER OF NOTICE OF THE BAR DATES, (III) <u>GRANTING RELATED RELIEF (DOCKETED AT NUMBER 203)</u>**

The relief set forth on the following page numbered 2 is hereby **ORDERED**.

**DATED: October 8, 2020**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon consideration of the "Motion of DVL, Inc. and DVL Kearny Holdings, LLC (together, "DVL") for Relief From the Order (I) Establishing Deadlines to File Proofs of Claim Against the Debtor Including, But Not Limited to, Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (II) Approving the Form and Manner of Notice of the Bar Dates, (III) Granting Related Relief" [Docket No. 305] (the "Motion"), and all responses thereto, and after hearing thereon, with all required notice provided, it is

**IT IS HEREBY ORDERED THAT:**

1. The General Bar Date of October 15, 2020 at 5:00 p.m. (ET), set by the Court in its "Order (I) Establishing Deadlines to File Proofs of Claim Against the Debtor Including, But Not Limited To, Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (II) Approving the Form and Manner of Notice of the Bar Dates, (III) Granting Related Relief" [Docket No. 203,] is not applicable to DVL and is hereby extended for DVL to and including January 11, 2021 at 5:00 p.m. (ET).

2. This Order is without prejudice to the right of DVL to seek an extension of the General Bar Date to a date beyond January 11, 2021 at 5:00 p.m. (ET) or to seek related relief excusing DVL from complying with this Order with respect to filing claims against the Debtor's estate or to the rights of the Debtor and/or the Debtor's Official Committee of Unsecured Creditor's to oppose any such relief as may be sought by DVL.