**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Felice R. Yudkin, Esq.
fyudkin@coleschotz.com
Rebecca W. Hollander, Esq.
rhollander@coleschotz.com

*Counsel to the Debtor and Debtor in Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>CONGOLEUM CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20-18488 (MBK) |

### NOTICE OF FILING OF FIRST AMENDED JOINT PLAN OF LIQUIDATION OF CONGOLEUM CORPORATION AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CONGOLEUM CORPORATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on October 29, 2020, the above-captioned debtors and debtors in possession and the Official Committee of Unsecured Creditors (collectively, the "**Plan Proponents**") filed the *Joint Plan of Liquidation of Congoleum Corporation and the Official Committee of Congoleum Corporation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 410] (the "**Original Plan**").

---

[1] The last four digits of the Debtor's federal tax identification number are 8678. The Debtor's corporate headquarters is located at 3500 Quakerbridge Road, Mercerville, New Jersey 08619.

61003/0001-21645364v1

**PLEASE TAKE FURTHER NOTICE** that the Plan Proponents hereby file a revised version of the Original Plan (the "**Amended Plan**"). The Amended Plan is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that a blackline of the Amended Plan relative to the Original Plan is attached hereto as **Exhibit B**, which blackline reflects all revisions to the Original Plan since its filing on October 29, 2020.

Dated: November 10, 2020

COLE SCHOTZ P.C.

By: */s/ Warren A. Usatine*
    Warren A. Usatine, Esq.
    Felice R. Yudkin, Esq.
    Rebecca Hollander, Esq.
    Court Plaza North
    25 Main Street
    Hackensack, NJ 07601
    Telephone: (201) 489-3000
    Facsimile: (201) 489-1536
    Email: wusatine@coleschotz.com
           fyudkin@coleschotz.com
           rhollander@coleschotz.com

*Attorneys for Debtor
and Debtor in Possession*