**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Felice R. Yudkin, Esq.
fyudkin@coleschotz.com
Rebecca W. Hollander, Esq.
rhollander@coleschotz.com

*Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CONGOLEUM CORPORATION, | Case No. 20-18488 (MBK) |
| Debtor.[1] | |
| BATH IRON WORKS CORPORATION, | Adv. Pro. No. 20-01439 (MBK) |
| Plaintiff | |
| v. | |
| CONGOLEUM CORPORATION, | |
| Defendant. | |

---

[1] The last four digits of the Debtor's federal tax identification number are 8678.  The Debtor's corporate headquarters is located at 3500 Quakerbridge Road, Mercerville, New Jersey 08619.

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING A
SETTLEMENT AGREEMENT PURSUANT TO FED. R. BANKR. P. 9019 BY AND
BETWEEN THE DEBTOR AND BATH IRON WORKS CORPORATION**

PLEASE TAKE NOTICE that on December 11, 2020, at 10:00 a.m. (EST), or as soon

thereafter as counsel may be heard, the undersigned attorneys for Congoleum Corporation, the

within debtor and debtor-in-possession (the "**Debtor**") shall move before the Honorable Chief

Judge Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy

Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608,

for an Order approving a settlement agreement pursuant to Fed. R. Bankr. P. 9019 by and

between the Debtor and Bath Iron Works Corporation (the "**Motion**").  A hearing on the Motion

will be conducted via CourtSolutions and Zoom.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned

shall rely on the Declaration of Christopher O'Connor which sets forth the relevant factual and

legal bases upon which the relief requested should be granted.  As set forth in the Motion, at the

hearing, Bath Iron Works Corporation will also present evidence in support of findings of fact

and conclusions.  A proposed Order granting the relief requested in the Motion is also submitted

herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the

Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be

filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who

regularly practice before the Bankruptcy Court in accordance with the General Order Regarding

Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the

"**General Order**") and the Commentary Supplementing Administrative Procedures dated as of

March 2004 (the "**Supplemental Commentary**") (the General Order, the Supplemental

Commentary and the User's Manual for the Electronic Case Filing System can be found at

2

www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Motion if objections are timely filed.

DATED:  November 19, 2020

**COLE SCHOTZ P.C.**
*Counsel to the Debtor*
*and Debtor in Possession*

By: ___*/s/ Warren A. Usatine*___
Warren A. Usatine
Felice R. Yudkin
Rebecca W. Hollander
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone:  (201) 489-3000
Facsimile:  (201) 489-1536
Email: wusatine@coleschotz.com
fyudkin @coleschotz.com
rhollander@coleschotz.com