UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**WASSERMAN, JURISTA & STOLZ P.C.**
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
(973) 467-2700
*Local Counsel for Bath Iron Works Corporation*
**DANIEL M. STOLZ, ESQ.**
**DONALD W. CLARKE, ESQ.**

**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
*Counsel for Bath Iron Works Corporation*
**WADE A. THOMSON, ESQ.**
**CATHERINE STEEGE, ESQ.**
**MICHAEL A. DOORNWEERD, ESQ.**

**Order Filed on December 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

CONGOLEUM CORPORATION[1],

       Debtor.

Chapter 11

Case No. 20-18488 (MBK)

Judge: Hon. Michael B. Kaplan

**JOINT STIPULATION AND [PROPOSED] ORDER OF
BATH IRON WORKS CORPORATION, CONGOLEUM
CORPORATION, AND DVL KEARNY HOLDINGS, LLC AND DVL, INC.**

Bath Iron Works Corporation ("**BIW**"), Congoleum Corporation ("**Congoleum**" or

"**Debtor**"), and DVL Kearny Holdings, LLC, and DVL, Inc. (collectively, "**DVL**") (together, the

"**Parties**") hereby stipulate and agree, subject to the approval of the Court, as set forth below.

**DATED: December 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

WHEREAS, BIW, Congoleum, and DVL are parties to a case pending in the New Jersey District Court captioned *DVL Inc. et al. v. Congoleum Corp. and Bath Iron Works Corp.,* 2:17-04261-KM-JBC (D.N.J.) (the "**DVL Lawsuit**").

WHEREAS, the Parties engaged in expert discovery in the DVL Lawsuit and submitted the following reports:

    a.  Congoleum submitted an affirmative report by David Bronner.

    b.  BIW submitted two responsive reports to Mr. Bronner's report: one by Stephen Fraidin and one by Edward Rock.

**THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1.    Out of interest in efficiency and judicial economy, if the following experts were called to testify live in the current action (Case No. 20-18488), they would testify consistent with their written reports submitted in the DVL Lawsuit, and therefore the Parties agree that their reports can be used in the above-captioned matter to the extent they offer admissible opinions: David Bronner, Edward Rock, and Stephen Fraidin.

2.    DVL reserves and preserves all rights to object to the settlement hearing occurring and preserves all rights to object during any hearing if such hearing proceeds, including any objections to a hearing reaching the point of expert testimony.  Further, DVL does not consent to the entry of final orders or judgments by the bankruptcy court and nothing in this stipulation or otherwise shall be deemed to be a consent, waiver or other relinquishment of any such rights by DVL.  Nor does DVL in any way waive or otherwise relinquish its right to seek to withdraw the reference of this or any other case or proceeding pursuant to 28 U.S.C. § 157(d).

Dated:  December 10, 2020

Respectfully submitted,

*/s/ Daniel M. Stolz*
Daniel M. Stolz
WASSERMAN, JURISTA & STOLZ
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
(973) 346-7600

Ralph J. Marra
Eric T. Kanefsky
CALCAGNI & KANEFSKY, LLC
1085 Raymond Blvd.
14th Floor
Newark, NJ 07102
(862) 397-1796

Catherine L. Steege (*pro hac vice*)
Michael A. Doornweerd (*pro hac vice*)
Wade A. Thomson (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

*Attorneys Bath Iron Works Corporation*

*/s/ Warren A. Usatine*
Warren A. Usatine
Felice R. Yudkin
Rebecca W. Hollander
COLE SCHOTZ
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
Email: wusatine@coleschotz.com
          fyudkin @coleschotz.com
          rhollander@coleschotz.com

*Attorneys for Debtor and Debtor in Possession*

*/s/ Eitan D. Blanc*
Eitan D. Blanc, Esq.

3

Anthony R. Twardowski, Esq. (*pro hac vice*)
Earl M. Forte, Esq. (*pro hac vice*)
ZARWIN   BAUM   DEVITO   KAPLAN
SCHAER TODDY, P.C.
2005 Market Street, 16th Floor One
Commerce Square
Philadelphia, PA 19103
Tel: (215) 569-2800
E-mail: eblanc@zarwin.com
   artwardowski@zarwin.com
   emforte@zarwin.com

*Attorneys for DVL, Inc. and DVL Kearny
Holdings, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December __, 2020     _____

            Judge Michael B. Kaplan