UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on December 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Congoleum Corporation

Case No.: 20-18488

Hearing Date: _____

Judge: Michael B. Kaplan

Chapter: 11

Recommended Local Form:   ☐ Followed   ☐ Modified

ORDER DENYING THE MOTION OF DVL, INC. AND DVL KEARNY HOLDINGS, LLC FOR A STAY PENDING UNITED STATES DISTRICT COURT

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 14, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____Novmeber 24_____, 20 20  by _Eitan D. Blanc on behalf of DVL Kearny__ for entry of an order as set forth above, all Holdings, LLC, DVL, Inc. interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*