**DENTONS US LLP**
Lauren Macksoud, Esq.
101 JFK Parkway
Short Hills, NJ  07078
Telephone:  (973) 912-7100
Facsimile:  (973) 912-7199
lauren.macksoud@dentons.com

and

**DENTONS US LLP**
Geoffrey M. Miller (*pro hac vice*)
1221 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
geoffrey.miller@dentons.com

and

**DENTONS US LLP**
Robert B. Millner (*pro hac vice*)
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
robert.millner@dentons.com

*Attorneys for Liberty Mutual Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re<br><br>CONGOLEUM CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-18488 (MBK) |

**STATEMENT OF LIBERTY MUTUAL INSURANCE COMPANY AS TO DEBTORS'
MOTION FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT AGREEMENT
PURSUANT TO FED. R. BANKR. P. 9019 BY AND BETWEEN THE DEBTOR AND
BATH IRON WORKS CORPORATION**

US_Active\116013846

Liberty Mutual Insurance Company ("Liberty Mutual"), a party in interest, does not oppose Debtors' Motion for Entry of an Order Approving A Settlement Agreement Pursuant to Fed. R. Bankr. P. 9019 By and Between the Debtor and Bath Iron Works Corporation [Docket. No. 483] (the "Settlement Motion").

However, Liberty Mutual does take exception to the following inaccurate statement at page 11 of the Settlement Motion: "Recently, Liberty informed the Debtor that it was denying coverage in connection with the DVL Lawsuit." The "DVL Lawsuit" is the action captioned DVL, Inc. and DVL Kearny Holdings, LLC v. Congoleum Corp. and Bath Iron Works Corp., No. 2:17-cv-04261-KM-JBC (D. N.J.).

Liberty Mutual has confirmed with Debtor's counsel that the above-quoted statement is erroneous and should be disregarded. Liberty Mutual has advised the Debtor that based on information developed thus far and the application of certain policy exclusions, Liberty Mutual appears to have no duty to indemnify Debtor under its policies for the claims in the DVL Lawsuit; however, Liberty Mutual has not denied coverage and continues to pay defense costs, subject to certain reservation of rights, in connection with the DVL Lawsuit.

WHEREFORE, Liberty Mutual respectfully requests that the Court disregard the above-noted erroneous statement in the Settlement Motion.

Dated:  December 18, 2020            Respectfully Submitted,

                                     DENTONS US LLP

                                     /s/ *Lauren Macksoud*
                                     **DENTONS US LLP**
                                     Lauren Macksoud, Esq.
                                     101 JFK Parkway
                                     Short Hills, NJ  07078
                                     Telephone:  (973) 912-7100
                                     Facsimile:  (973) 912-7199
                                     lauren.macksoud@dentons.com

US_Active\116013846

and

**DENTONS US LLP**

Geoffrey M. Miller (*pro hac vice*)
1221 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
geoffrey.miller@dentons.com

and

**DENTONS US LLP**

Robert B. Millner (*pro hac vice*)
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
robert.millner@dentons.com

*Attorneys for Liberty Mutual Insurance Company*