| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |

Eitan D. Blanc, Esquire
Anthony R. Twardowski Esquire (*admitted Pro Hac Vice*)
Earl M. Forte, Esquire (*admitted Pro Hac Vice*)
**Zarwin Baum DeVito Kaplan Schaer Toddy, P.C.**
2005 Market Street, 16th Floor
Philadelphia, PA 19103
215-569-2800
edblanc@zarwin.com
artwardowski@zarwin.com
emforte@zarwin.com

*Counsel for DVL, Inc. and DVL Kearny Holdings, LLC*

**Order Filed on January 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br>CONGOLEUM CORPORATION,<br><br>                  Debtor.1 | Chapter 11<br><br>Case No. 20-18488 (MBK)<br><br>Hearing Date:   November 5, 2020 at 10:00 A.M. |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE

The relief set forth on the following page 2 is hereby **ORDERED**.

**DATED: January 4, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Upon the motion of DVL, Inc. and DVL Kearny Holdings, LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to resume and prosecute to conclusion the matter of *DVL, Inc. and DVL Kearny Holdings, LLC v Congoleum Corporation and Bath Iron Works Corporation*, Case No. 2:17-cv-04261-KM-JBC (the "District Court Action"), which is currently pending in the United States District Court for the District of New Jersey.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.