UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on January 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: CONGOLEUM CORPORATION. | Case No.: 20-18488 (MBK) |
| | Hearing Date: December 30, 2020 |
| BATH IRON WORKS CORPORATION, | Adv. No.: 20-01439 (MBK) |
| | Judge: Michael B. Kaplan |
| Plaintiff(s) v. CONGOLEUM CORPORATION Defendant(s) | |

ORDER DENYING MOTION TO APPROVE SETTLEMENT

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: January 4, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:2

Case No.: 20-18488 (MBK)

Caption Of Order: **ORDER DENYING MOTION TO APPROVE SETTLEMENT**

This matter having come before the Court on a Motion seeking entry of an order approving settlement (ECF No. 483 in Case No. 20-18488 & ECF No. 22 in Adv. Pro. No. 20-01439); and the Court having reviewed the submission of the parties and the evidence and arguments set forth on the record during the hearing on December 30, 2020; and for the reasons set forth in the accompanying Opinion; it is hereby

ORDERED that the Debtor's Motion to Approve Settlement is DENIED.