**Order Filed on January 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Felice R. Yudkin, Esq.
fyudkin@coleschotz.com
Rebecca W. Hollander, Esq.
rhollander@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile

*Counsel to the Debtor
and Debtor in Possession*

In re:

CONGOLEUM CORPORATION,

Debtor.[1]

Chapter 11

Case No. 20-18488 (MBK)

Jointly Administered

### STIPULATION AND CONSENT ORDER BETWEEN DEBTOR AND STEVENS & LEE, P.C. AUTHORIZING APPLICATION OF SECURITY RETAINER TO PRE-PETITION INVOICES

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: January 6, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's federal tax identification number are 8678.  The Debtor's corporate headquarters is located at 3500 Quakerbridge Road, Mercerville, New Jersey 08619.

61003/0001-21783397v4

(Page 2)
Debtors:            CONGOLEUM CORPORATION
Case No.            20-18488 (MBK)
Caption of Order:   STIPULATION AND CONSENT ORDER BETWEEN DEBTOR AND
                    STEVENS & LEE, P.C. AUTHORIZING APPLICATION OF
                    SECURITY RETAINER TO PRE-PETITION INVOICES

---

This Stipulation and Consent Order (the "Stipulation") is made by and between

Congoleum Corporation (the "Debtor") and Stevens & Lee, P.C. ("Stevens & Lee" and, together

with the Debtor, the "Parties"), individually and, in the case of the Debtor, by and through its

counsel of record, with regard to the following facts:

WHEREAS, on or around May 22, 2015, the Debtor retained Stevens & Lee to provide

it with employment advice and provided Stevens & Lee with a $2,500 security retainer (the

"Employment Advice Security Retainer") in connection with that engagement; and

WHEREAS, on or around June 30, 2015, the Debtor retained Stevens & Lee to provide

it with general corporate advice and provided Stevens & Lee with a $2,500 security retainer (the

"General Corporate Advice Security Retainer") in connection with that engagement; and

WHEREAS, on or around July 22, 2015, the Debtor retained Stevens & Lee to provide it

with outside general counsel services and provided Stevens & Lee with a $10,000 security

retainer (the "Outside General Counsel Security Retainer") in connection with that engagement;

and

WHEREAS, on or around July 22, 2015, the Debtor retained Stevens & Lee to provide it

with general environmental advice and provided Stevens & Lee with a $2,500 security retainer

(together with the Employment Advice Security Retainer, the General Corporate Advice Security

Retainer, and the Outside General Counsel Security Retainer, the "Security Retainers") in

connection with that engagement; and

61003/0001-21783397v4

(Page 3)
Debtors:              CONGOLEUM CORPORATION
Case No.              20-18488 (MBK)
Caption of Order:     STIPULATION AND CONSENT ORDER BETWEEN DEBTOR AND
                      STEVENS & LEE, P.C. AUTHORIZING APPLICATION OF
                      SECURITY RETAINER TO PRE-PETITION INVOICES

---

**WHEREAS**, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11

of the United States Code on July 13, 2020 (the "Petition Date"); and

**WHEREAS**, on or around October 8, 2020, Stevens & Lee filed a proof of claim in the

Debtor's chapter 11 case [Claim No. 84] (the "Proof of Claim"), asserting a $71,572.23 claim for

fees for services rendered secured by the $17,500.00 in Security Retainers held by Stevens &

Lee; and

**WHEREAS**, Stevens & Lee has requested that the Debtor consent to relief from the

automatic stay to enable it to apply the $17,500.00 in Security Retainers to its total pre-petition

claim irrespective of the basis for each individual retainer; and

**WHEREAS**, the Debtor, in consultation with its advisors, has determined that Stevens &

Lee has a valid security interest in the Security Retainers; and

**WHEREAS**, the Parties wish to resolve issues relating to the application of the Security

Retainers through this Stipulation;

**NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION WHICH**

**THE PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY**

**STIPULATED, AGREED AND ORDERED AS FOLLOWS**:

1.      The recitals set forth above are hereby made an integral part of the Parties'

Stipulation and are incorporated herein.

61003/0001-21783397v4

(Page 4)
Debtors:            CONGOLEUM CORPORATION
Case No.            20-18488 (MBK)
Caption of Order:   STIPULATION AND CONSENT ORDER BETWEEN DEBTOR AND
                    STEVENS & LEE, P.C. AUTHORIZING APPLICATION OF
                    SECURITY RETAINER TO PRE-PETITION INVOICES

---

2.      Pursuant to 11 U.S.C. § 362(d)(1), Stevens & Lee shall be and hereby is granted relief from the automatic stay solely to the extent necessary to allow Stevens & Lee to apply the Security Retainers to its pre-petition claim.

3.      Within three (3) days of the application of the Security Retainers to its pre-petition claim, Steven & Lee shall amend the Proof of Claim to reflect the reduced amount of its remaining claim against Debtor.

4.      The Debtor and its successors and Stevens & Lee reserve all rights and remedies with respect to the validity of the balance of the Proof of Claim.

5.      The Debtor and/or its successors are authorized to take any action necessary or appropriate to implement the terms of this Stipulation without further order from this Court.

6.      The Bankruptcy Court will retain jurisdiction to resolve any and all disputes relating to this Stipulation.

[remainder of page left intentionally blank]

61003/0001-21783397v4

(Page 5)
Debtors:          CONGOLEUM CORPORATION
Case No.          20-18488 (MBK)
Caption of Order:  STIPULATION AND CONSENT ORDER BETWEEN DEBTOR AND
                   STEVENS & LEE, P.C. AUTHORIZING APPLICATION OF
                   SECURITY RETAINER TO PRE-PETITION INVOICES

---

**AGREED AND STIPULATED TO:**


**STEVENS & LEE, P.C.**              **COLE SCHOTZ P.C.**
*Pro Se*                            Counsel for Debtors and Debtors-in-Possession


By: _/s/ Andreas D. Milliaressis_    By: _/s/ Rebecca W. Hollander_
   Andreas D. Milliaressis              Rebecca W. Hollander
   485 Madison Avenue, 20th Floor       Court Plaza North
   New York, NY 10022                   25 Main Street
   Telephone (212) 537-0406             P. O. Box 800
   Facsimile (610) 371-1237             Hackensack, NJ  07602-0800
                                        Telephone (201) 489-3000
                                        Facsimile (201) 489-1536


Dated: December 22, 2020             Dated: December 22, 2020

61003/0001-21783397v4