UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIBBONS P.C.
Karen A. Giannelli, Esq.
Camille V. Otero, Esq.
Kevin W. Weber., Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
cotero@gibbonslaw.com
kweber@gibbonslaw.com
*Special Environmental Counsel to the Debtor*

In Re:

CONGOLEUM CORPORATION,

Debtor.

Case No.: 20-18488(MBK)

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 3/4/2021

Judge: Michael Kaplan

## ADJOURNMENT REQUEST

1. I, _____Karen A. Giannelli_____,

   ☒ am the attorney for: _____Special Environmental Counsel to the Debtor_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Supplemental Fee Application of Gibbons P.C. [ECF 670]

   Current hearing date and time: 3/4/2021 10:00am (ET)

   New date requested: 4/15/2021 10:00am (ET)

   Reason for adjournment request: To negotiate potential objections to Supplemental Fee Application

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 2/26/2021                                   /s/ Karen A. Giannelli
                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

[x] Granted          New hearing date: 4/15/21 at 10:00 a.m.          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*