## UNITED STATES BANKRUPTCY COURT

DISTRICT OF   New Jersey

In re:  CC Oldco Corporation                                    §              Case No.   20-18488
                                                                §
    f/k/a Congoleum Corporation                                 §
                  Debtor(s)                                     §              ☐ Jointly Administered

# Post-confirmation Report                                                                  Chapter 11

Quarter Ending Date: 06/30/2021                                 Petition Date: 07/13/2020

Plan Confirmed Date: 01/11/2021                                 Plan Effective Date: 01/25/2021

This Post-confirmation Report relates to:  ◯ Reorganized Debtor

                                           ◉ Other Authorized Party or Entity:  Congoleum Corporation Liquidating Trus
                                                                                 Name of Authorized Party or Entity

/s/ Mary E. Seymour                                             Mary E. Seymour
Signature of Responsible Party                                  Printed Name of Responsible Party

10/21/2021                                                      Lowenstein Sandler LLP
Date                                                            One Lowernstein Drive
                                                                Roseland, NJ 09068
                                                                Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

Debtor's Name CC Oldco Corporation                                   Case No. 20-18488

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $2,451,903 | $0 | $2,133,537 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | B. Riley Securities | Financial Professional | $0 | $550,900 | $0 | $550,900 |
| ii | Gibbons | Special Counsel | $0 | $109,724 | $0 | $63,288 |
| iii | Cole Schotz | Lead Counsel | $0 | $1,262,527 | $0 | $1,016,990 |
| iv | Prime Clerk | Other | $0 | $19,103 | $0 | $11,635 |
| v | Phoenix Management | Financial Professional | $0 | $509,649 | $0 | $490,724 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $159,585 | $0 | $118,418 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Dughi, Hewit & Domalewski, P | Special Counsel | $0 | $130,263 | $0 | $96,830 |
| ii | Amster, Rothstein & Ebenstein, | Special Counsel | $0 | $17,800 | $0 | $10,066 |
| iii | Brown & Connery, LLP | Special Counsel | $0 | $11,522 | $0 | $11,522 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $3,803,614 | $0 | $2,990,263 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $6,455,098 | $0 | $4,868,250 | $6,455,098 | 75% |
| b. Secured claims | $66,970,688 | $0 | $40,235,344 | $40,235,344 | 100% |
| c. Priority claims | $300,000 | $0 | $300,000 | $300,000 | 100% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                           Yes ○   No ◉

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○   No ◉

Debtor's Name CC Oldco Corporation                                                                    Case No.  20-18488

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Matthew J. Dundon                                              /s/ Matthew J. Dundon
Signature of Responsible Party                                  Printed Name of Responsible Party

Trustee                                                                    10/21/2021
Title                                                                        Date

UST Form 11-PCR (06/07/2021)                          3