UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jprol@lowenstein.com

*Counsel to the Liquidation Trustee*

| | |
|---|---|
| In re: | Chapter 11 |
| CC OLDCO CORPORATION,[1] | Case No. 20-18488 (MBK) |
| Debtor. | Hearing Date: 1/27/22 at 10:00 a.m. |
| | Judge: Kaplan |

## ADJOURNMENT REQUEST

1. I, Mary E. Seymour, a partner with Lowenstein Sandler LLP, counsel to the Liquidation Trustee of CC Oldco Corporation Liquidation Trust, hereby requests an adjournment of the following matter for the reasons set forth below.

Matters:

A. *Notice of Intention to Close Case* [Docket No. 728].

Current Hearing Date: January 27, 2022 at 10:00 a.m.

New Hearing Date Requested: March 24, 2022 at 10:00 a.m.

Reason for adjournment request: Parties working to resolve open issues prior to closure of case

---

[1] The last four digits of the Debtor's federal tax identification number are 8678. The mailing address for the above-captioned Debtor is CC Oldco Corporation c/o Dundon Advisers LLC, Attn: Matthew J. Dundon, 440 Mamaroneck Avenue, Fifth Floor, Harrison, New York 10528

38902/2
01/25/2022 210780633.1

-2-

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: January 25, 2022                             /s/ Mary E. Seymour
                                                   Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 3/24/2022 at 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**