## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 106<br>TRENTON, NJ 08625-0106 | MATTHEW J. PLATKIN<br>*Acting Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

March 22, 2022

**VIA CM/ECF**
Hon. Michael B. Kaplan
United States Bankruptcy Court
 for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State St.
Trenton, NJ 08608

    **Re:**    **CC Oldco Corporation**
            **Case No. 20-18488 (MBK)**

Dear Chief Judge Kaplan:

      I represent the New Jersey Department of Labor, Division of Employer Accounts ("Division") in the above-referenced case. There is a hearing scheduled for March 24, 2022 to consider entry of the final decree and closure of the case. The Division filed a proof of claim (Claim No. 164), which included a priority tax claim. The Liquidation Trustee's most recent post-confirmation report (Doc. No. 745) indicates that 100% of priority claims have been paid. However, the Division's records do not show payment of its priority tax claim. I have reached out to the Liquidation Trustee's counsel on several occasions, but no substantive response has yet been received. The most recent communication from Ms. Seymour stated that she would review and advise. I would appreciate the Court allowing the Trustee's counsel whatever time she deems necessary to address this issue prior to entry of the final decree and case closure.

                Respectfully yours,

                MATTHEW J. PLATKIN
                ACTING ATTORNEY GENERAL OF NEW JERSEY

                By: /s/ Valerie Hamilton
                    Valerie Hamilton
                    Deputy Attorney General

