# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  New Jersey

In re:  CC Oldco Corporation,     §     Case No.  20-18488
                                  §
                                  §
        Debtor(s)                 §     ☐ Jointly Administered

# Post-confirmation Report                                Chapter 11

Quarter Ending Date: 03/31/2022              Petition Date: 07/13/2020

Plan Confirmed Date: 01/22/2021              Plan Effective Date: 01/25/2021

This Post-confirmation Report relates to:   ○ Reorganized Debtor

                                            ● Other Authorized Party or Entity:  Congoleum Corporation Liquidating Trus
                                                                                  Name of Authorized Party or Entity

/s/ Mary E. Seymour                          Mary E. Seymour
Signature of Responsible Party               Printed Name of Responsible Party

04/28/2022                                   Lowenstein Sandler LLP
Date                                         One Lowenstein Drive
                                             Roseland, NJ 07068
                                             Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name CC Oldco Corporation,                                                                          Case No. 20-18488

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $103,463 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $103,463 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $3,644,030 | $0 | $3,527,077 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Cole Schotz | Lead Counsel | $0 | $1,262,527 | $0 | $1,239,605 |
| ii | B. Riley Securities | Financial Professional | $0 | $550,900 | $0 | $550,900 |
| iii | Gibbons | Special Counsel | $0 | $109,274 | $0 | $63,288 |
| iv | Prime Clerk | Other | $0 | $19,103 | $0 | $11,635 |
| v | Phoenix Management | Financial Professional | $0 | $509,649 | $0 | $490,724 |
| vi | Lowenstein Sandler | Other | $0 | $995,167 | $0 | $977,099 |
| vii | Dundon | Other | $0 | $197,410 | $0 | $193,826 |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| Debtor's Name | CC Oldco Corporation, | | Case No. | 20-18488 |

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $159,584 | $0 | $149,485 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Dughi, Hewit & Domalewski | Special Counsel | $0 | $130,262 | $0 | $127,897 |
| | ii | Amster, Rothstein & Ebenstein | Special Counsel | $0 | $17,800 | $0 | $10,066 |
| | iii | Brown & Connery, LLP | Special Counsel | $0 | $11,522 | $0 | $11,522 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)            4

Debtor's Name CC Oldco Corporation,    Case No. 20-18488

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $3,676,563 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $6,455,098 | $0 | $5,316,870 | $6,455,098 | 82% |
| b. Secured claims | $66,970,688 | $0 | $40,235,344 | $40,235,344 | 100% |
| c. Priority claims | $300,000 | $0 | $300,000 | $300,000 | 100% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ◯    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◯    No ⦿

Debtor's Name CC Oldco Corporation,  Case No. 20-18488

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Matthew J. Dundon  
Signature of Responsible Party

Trustee  
Title

Matthew J. Dundon  
Printed Name of Responsible Party

04/28/2022  
Date

UST Form 11-PCR (12/01/2021)    8

Debtor's Name CC Oldco Corporation,  Case No. 20-18488



Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name CC Oldco Corporation, Case No. 20-18488



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021) 10