| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Jeffrey D. Prol, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>E-mail: mseymour@lowenstein.com<br>E-mail: jprol@lowenstein.com<br><br>*Counsel to the Liquidation Trustee* |

| | |
|---|---|
| In re:<br><br>CC OLDCO CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-18488 (MBK)<br><br>Hearing Date: 10/13/22 at 10:00 a.m.<br><br>Judge: Kaplan |

## ADJOURNMENT REQUEST

1.  I, Mary E. Seymour, a partner with Lowenstein Sandler LLP, counsel to the Liquidation Trustee of CC Oldco Corporation Liquidation Trust, hereby requests an adjournment of the following matter for the reasons set forth below.

   Matters:

   A.  *Notice of Intention to Close Case* [Docket No. 728].

   Current Hearing Date:    October 13, 2022 at 10:00 a.m.

   New Hearing Date Requested: December 15, 2022 at 10:00 a.m.

   Reason for adjournment request:    Parties working to resolve open issues prior to closure of case

---

[1] The last four digits of the Debtor's federal tax identification number are 8678. The mailing address for the above-captioned Debtor is CC Oldco Corporation c/o Dundon Advisers LLC, Attn: Matthew J. Dundon, Ten Bank Street, Suite 1100, White Plains, New York 10606

-2-

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: October 11, 2022                    /s/ Mary E. Seymour
                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 12/15/22 at 10 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**